**Order entered July 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00269-CV

### IN RE TONY RAMJI, Relator

**Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-06945**

## ORDER

On June 25, 2018, the real parties in interest notified the Court that they and relator had reached a settlement in the underlying litigation. By order dated June 27, 2018, we ordered relator to file either a report on the status of settlement or a motion to dismiss this proceeding by July 26, 2018. The Court has received no correspondence or filings from relator in accordance with the June 27, 2018 order. We **ORDER** relator to file either a report on the status of settlement and its effect on this original proceeding or a motion to dismiss this proceeding by **August 13, 2018**. If relator does not file the requested information by August 13, 2018, the Court will proceed to determine relator's motion for rehearing.

/s/    CRAIG STODDART
        JUSTICE